**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   STEVEN HAROLD RYDELL | : | Chapter 13 |
| KAREN ANN WHITNEY RYDELL, | : | |
| | : | |
| Debtors | : | Bky. No.  18-16489 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 44) is **APPROVED**.

Date:  October 11, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE